UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT BOWLING GREEN
Case No. 1:08CR-16-M
1:10cv-49-R

FILED
Jeffrey A. Apperson, Clerk
MAR 18 2010
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

Richard Mark Watwood, 224122　　　　　　　　　　　　　　PETITIONER
Kentucky State Reformatory
3001 West Highway 146
LaGrange, Kentucky 40032

Vs.

**VERIFIED**
**PETITION FOR WRIT OF MANDAMAUS**

Harry Lappin: Director Bureau of Prisons
654 Home Owners Loan Corp. Bldg.
320 1st Street N.W.
Washington, DC 20001,　　　　　　　　　　　　　　　　　　RESPONDENT

\*\*\*　\*\*\*　\*\*\*　\*\*\*　\*\*\*　\*\*\*　\*\*\*　\*\*\*　\*\*\*　\*\*\*　\*\*\*　\*

Comes now Petitioner Richard Mark Watwood, pro se, and petitions this court, for a ruling set out in the Federal Rules of Civil Procedure (FRCP) 81.

In support of this Petition, Petitioner submits the following:

### HISTORY

1. On or about the 22nd day of August, 2009 the Honorable Joseph McKinley, Jr. sentenced the Petitioner to serve his respective sentence in the Federal Bureau of Prisons subsequent to the Petitioners Kentucky Sentence that was run concurrently in case no. 07-CR-1012.

2. On December 11th, 2009 the Petitioner with the assistance of his Legal Aide filed his nunc pro tunc Designation pursuant to **Barden v. Keohane**, **921 F.2d 476 C.A.3 (Dec 13 1990)** to Mr. Harry Lappin, the Director of the Federal Bureau of Prisons, located at 654 Home Owners

1

Loan Corp. Building, 320 1st Street N.W., Washington, DC 20001 with absolutely no response to date

    3. As of this date there has been no determination made in this case at bar and it is ripe for a decision.

    4. All administrative remedies have been exhausted.

The nunc pro tunc Designation as of this date has been subsequently unanswered.

## ARGUMENT

Petitioner is being denied the opportunity to attend and graduate the SOTP while in the Kentucky System as well as being unable to exorcize his option for Shock Probation and the possibility of serving the balance of his time on Federal Parole and be able to enter, attend and subsequently graduate the SOTP while at home where his treatment could be an asset to society.

## CONCLUSION

Petitioner is requesting action rather than delay in the response from Mr. Harry Lappin, Director Bureau of Prisons, 654 Home Owners Loan Corp. Bldg., 320 1st Street N.W., Washington, DC 20001.

The Petition For Writ Of Mandamus must issue to Order the Director of the Bureau of Prisons to allow nunc pro tunc Designation pursuant to **Barden v. Keohane**, **921 F.2d 476 C.A.3 (Dec 13 1990).**

                              Respectfully Submitted,

                              */s/ Richard Mark Watwood*
                              Richard Mark Watwood, 224122
                              Kentucky State Reformatory
                              3001 West Highway 146
                              LaGrange, Kentucky 40032

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Petition For Writ Of Mandamus has been mailed postage prepaid to Harry Lappin: Director Bureau of Prisons, 654 Home Owners Loan Corp. Bldg., 320 1st Street N.W., Washington, DC 20001 on this the 15th day of March, 2010.

*Richard Mark Watwood*
Richard Mark Watwood, 224122

3

Richard M. Watwood, 224122
Kentucky State Reformetory
3001 West Highway 146
LaGrange, Kentucky 40032

LOUISVILLE KY 402
15 MAR 2010 PM 1 T

United States District Court
Western District of Kentucky
at Owensboro
423 Fredrica Street
Owensboro, Kentucky 40301-3013

